IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JUDITH R. JAMES,**

    **Plaintiff,**

v.                                                       No. 18-cv-1074 JCH/SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **March 26, 2019**;

(2)     Defendant shall file a Response no later than **May 21, 2019**;

(3)     Plaintiff may file a Reply no later than **June 18, 2019**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
  **STEPHAN M. VIDMAR**
  **United States Magistrate Judge**