# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUDITH R. JAMES,<br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:18-cv-1074-JCH-SMV<br>)<br>)<br>)<br>) |

## ORDER

Now this _20th_ day of June, 2019, the above matter comes on before me pursuant to Defendant's Unopposed Motion for an Extension of Time to File Response Brief (Dkt. 21).

The Court after considering said matter, does hereby GRANT Defendant's motion. Defendant has until July 22, 2019, to file her Response Brief in this case. The Plaintiff's Reply Brief (if any) will be due within 14 days after Defendant files her brief or by August 5, 2019.

IT IS SO ORDERED, this _20th_ day of June, 2019.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge
District of New Mexico

SUBMITTED AND APPROVED BY:
*Electronically submitted 06/20/2019*
JENNIFER RANDALL
Special Assistant United States Attorney

*Electronically approved 6/19/2019*
AIDA MEDINA ADAMS
Attorney for Plaintiff